United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                           Case No. 15-11920-elf
Diane Olivieri                                                                   Chapter 13
Salvatoro Olivieri
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 4           Date Rcvd: Aug 18, 2020
                              Form ID: 138NEW          Total Noticed: 90

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2020.
```
db/jdb       +Diane Olivieri,    Salvatoro Olivieri,    10134 Proctor Road,    Philadelphia, PA 19116-3716
aty          +JOHN ERIC KISHBAUGH,    Udren Law Offices PC,    111 Woodcrest Road,    Cherry Hill, NJ 08003-3620
13493721     +Aes/keystone Best,    Pob 61047,    Harrisburg, PA 17106-1047
13493729     +American Home Mtg Svci,    Ahmsi / Attention: Bankruptcy,    Po Box 631730,
               Irving, TX 75063-0002
13493730     +American Home Mtg Svci,    1525 S Belt Line Rd,    Coppell, TX 75019-4913
13493731    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bk Of Amer,     Po Box 982235,    El Paso, TX 79998)
13493732     +Bk Of Amer,    1800 Tapo Canyon,    Simi Valley, CA 93063-6712
13493735      Capital Collection Svc,    300 N Route 73,    West Berlin, NJ 08091
13534539      Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13534266     +Cavalry SPVI LLC assignee Capital One Bank USA, NA,     Bass Associates PC,
               3936 E Fort Lowell Road Suite 200,     Tucson, AZ 85712-1083
13493747     +Chrysler Financial/TD Auto Finance,     Po Box 9223,    Farmington Hills, MI 48333-9223
13493746     +Chrysler Financial/TD Auto Finance,     Attn: Bankruptcy,    Po Box 551080,
               Jacksonville, FL 32255-1080
13493748     +Citi,    Po Box 6497,    Sioux Falls, SD 57117-6497
13493751     +Citibank/The Home Depot,    Po Box 6497,    Sioux Falls, SD 57117-6497
13493749     +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
               Saint Louis, MO 63179-0040
13505860     +Department Stores National Bank For Macys Branded,     Bankruptcy Processing,    Po Box 8053,
               Mason, OH 45040-8053
13493765     +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
13493769    ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
              (address filed with court: Ford Motor Credit Corporation,     Ford Motor Credit,    Po Box 6275,
               Dearborn, MI 48121)
13493770     +Ford Motor Credit Corporation,    Pob 542000,    Omaha, NE 68154-8000
13493779     +General Motors Financial,    PO BOX 183834,    Arlington, TX 76096-3834
13493781     +Holy Redeemer Hospital,    PO Box 8500,    Philadelphia, PA 19178-8500
13569573     +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14442607     +PNC Bank, National Association,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
               701 Market Street, Suite 5000,    Philadelphia, Pa 19106-1541
13493786     +Philadelphia Municipal Court,    1339 Chestnut Street,    10th Floor,
               Philadelphia, PA 19107-3519
13493787     +Pnc Mortgage,    3232 Nemark Dr,    Miamisburg, OH 45342-5433
13493791     +Raymore & Flanigan,    Attn: Legal Dept,    7248 Morgan Rd,    Liverpool, NY 13090-4535
13493792     +Raymore & Flanigan,    Po Box 94498,    Las Vegas, NV 89193-4498
13493793     +Saxon Mtg,    2700 Airport Freeway,    Fort Worth, TX 76111-2332
13493794     +Sears/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13493795     +Sears/cbsd,    Citicard Credit Srvs/Centralized Bankrup,    Po Box 20363,
               Kansas City, MO 64195-0363
13493797     +Sears/cbsd,    Po Box 6282,    Sioux Falls, SD 57117-6282
13493803      Target Card Services,    PO BOX 660170,    Dallas, TX 75266-0170
13493804     +Target National Bank,    213 E. Main Street,    Carnegie, PA 15106-2701
13493805     +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
13493806     +Us Dept Of Education,    Attn: Bankruptcy,    Po Box 16448,    Saint Paul, MN 55116-0448
13493810     +Us Dept Of Education,    Po Box 5609,    Greenville, TX 75403-5609
13509446      Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
14262394     +Wells Fargo Bank, N.A.,    PO Box 14487,    Des Moines, IA 50306-3487
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: megan.harper@phila.gov Aug 19 2020 04:11:58     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 19 2020 04:11:34
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 19 2020 04:11:52     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           +E-mail/Text: Bankruptcy.RI@Citizensbank.com Aug 19 2020 04:11:14
               CITIZENS BANK NA f/k/a RBS CITIZENS NA,    One Citizens Bank Way Mailstop JCA115,
               Johnston, RI 02919-1922
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 19 2020 04:12:29
               PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr            E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2020 04:12:37     Synchrony Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
13493727     +E-mail/Text: ally@ebn.phinsolutions.com Aug 19 2020 04:11:12     Ally Financial,
               Attn: Bankruptcy,    Po Box 130424,    Roseville, MN 55113-0004
13493726     +E-mail/Text: ally@ebn.phinsolutions.com Aug 19 2020 04:11:12     Ally Financial,
               P.o. Box 380901,    Bloomington, MN 55438-0901
13513999      E-mail/Text: ally@ebn.phinsolutions.com Aug 19 2020 04:11:12     Ally Financial,
               PO Box 130424,    Roseville, MN 55113-0004
```

```
District/off: 0313-2          User: JEGilmore            Page 2 of 4                  Date Rcvd: Aug 18, 2020
                              Form ID: 138NEW            Total Noticed: 90


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13493728       +E-mail/Text: ally@ebn.phinsolutions.com Aug 19 2020 04:11:12      Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
13502215       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 19 2020 04:11:20
                 AmeriCredit Financial Services, Inc. dba GM Financ,     P O Box 183853,
                 Arlington, TX 76096-3853
13493739        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 19 2020 04:12:40      Capital One, N.a.,
                 Po Box 85520,    Richmond, VA 23285
13493753        E-mail/Text: Bankruptcy.RI@Citizensbank.com Aug 19 2020 04:11:14      Citizens Bank,
                 1 Citizens Drive,    Riverside, RI 02886
13510927        E-mail/Text: Bankruptcy.RI@Citizensbank.com Aug 19 2020 04:11:14      Citizens Bank,
                 443 Jefferson Blvd,    RJW 135,    Warwick RI 02886
13493734       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 19 2020 04:12:40      Cap1/boscv,
                 Po Box 30253,    Salt Lake City, UT 84130-0253
13493736       +E-mail/Text: clientrep@capitalcollects.com Aug 19 2020 04:12:18      Capital Collection Svc,
                 Po Box 150,    West Berlin, NJ 08091-0150
13493737       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 19 2020 04:12:28      Capital One, N.a.,
                 Capital One Bank (USA) N.A.,     Po Box 30285,    Salt Lake City, UT 84130-0285
13511361       +E-mail/Text: bankruptcy@cavps.com Aug 19 2020 04:11:50      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,     Valhalla, NY 10595-2321
13493744       +E-mail/Text: bk.notifications@jpmchase.com Aug 19 2020 04:11:27      Chase Auto,
                 Attn:National Bankruptcy Dept,    Po Box 29505,    Phoenix, AZ 85038-9505
13493745       +E-mail/Text: bk.notifications@jpmchase.com Aug 19 2020 04:11:27      Chase Auto,    Po Box 901076,
                 Ft Worth, TX 76101-2076
13493757       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 19 2020 04:11:22      Comenity Bank/Mandees,
                 Attn: Bankruptcy,    Po Box 182686,    Columbus, OH 43218-2686
13493758       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 19 2020 04:11:22      Comenity Bank/Mandees,
                 401 Hackensack Ave,    Hackensack, NJ 07601-6411
13493759       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 19 2020 04:11:23
                 Comenity Bank/New York & Company,     Attention: Bankruptcy,    P.O. Box 182686,
                 Columbus, OH 43218-2686
13493760       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 19 2020 04:11:22
                 Comenity Bank/New York & Company,     220 W Schrock Rd,    Westerville, OH 43081-2873
13493761       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 19 2020 04:11:23      Comenity Bank/vctrssec,
                 Po Box 182789,    Columbus, OH 43218-2789
13493762       +E-mail/PDF: pa_dc_ed@navient.com Aug 19 2020 04:12:42      Dept Of Ed/navient,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
13496959        E-mail/Text: mrdiscen@discover.com Aug 19 2020 04:11:15      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
13493764       +E-mail/Text: mrdiscen@discover.com Aug 19 2020 04:11:15      Discover Fin Svcs Llc,    Pob 15316,
                 Wilmington, DE 19850-5316
13493767       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 19 2020 04:11:23      Express/Comenity Bank,
                 Po Box 182789,    Columbus, OH 43218-2789
13493766       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 19 2020 04:11:23      Express/Comenity Bank,
                 Attention: Bankruptcy Dept,    Po Box 182686,    Columbus, OH 43218-2686
13493768       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 19 2020 04:11:23      Fashion Bug/soanb,
                 Po Box 84073,    Columbus, GA 31908-4073
13493774       +E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2020 04:12:25       GECRB/JC Penny,
                 4125 Windward Plaza,    Alpharetta, GA 30005-8738
13493773       +E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2020 04:12:50       GECRB/JC Penny,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13493776       +E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2020 04:12:51       GECRB/Lowes,    Po Box 965005,
                 Orlando, FL 32896-5005
13493775       +E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2020 04:12:25       GECRB/Lowes,
                 Attention: Bankruptcy Department,     Po Box 103104,    Roswell, GA 30076-9104
13493771       +E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2020 04:12:25       Ge Capital Credit Card,
                 Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13493772       +E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2020 04:12:25       Ge Capital Credit Card,
                 C/o P.o. Box 965036,    Orlando, FL 32896-0001
13493777       +E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2020 04:12:37       Gemb/walmart,    Attn: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
13493778       +E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2020 04:12:50       Gemb/walmart,    Po Box 965024,
                 Orlando, FL 32896-5024
13493741        E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 19 2020 04:12:26       Chase,
                 P.o. Box 15298,    Wilmington, DE 19850
13493782       +E-mail/Text: PBNCNotifications@peritusservices.com Aug 19 2020 04:11:16      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13493783       +E-mail/PDF: pa_dc_claims@navient.com Aug 19 2020 04:12:30       Navient,    Po Box 9655,
                 Wilkes Barre, PA 18773-9655
13547463        E-mail/PDF: pa_dc_claims@navient.com Aug 19 2020 04:12:56       Navient Solutions Inc.,
                 Department of Education Loan Services,     P.O. Box 9635,    Wilkes-Barre, PA 18773-9635
13526624        E-mail/PDF: pa_dc_claims@navient.com Aug 19 2020 04:12:41       Navient Solutions, Inc.,
                 P.O. Box 9640,    Wilkes-Barre, PA 18773-9640
13493780        E-mail/Text: paparalegals@pandf.us Aug 19 2020 04:12:15      Gregg L. Morris,
                 213 East Main Street,    Carnegie, PA 15106
13575888        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 19 2020 04:12:29
                 Portfolio Recovery Associates, LLC,     POB 41067,    Norfolk VA 23541
13493789       +E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2020 04:12:37       Project/gemb,    Po Box 103104,
                 Roswell, GA 30076-9104
```

```
District/off: 0313-2           User: JEGilmore             Page 3 of 4              Date Rcvd: Aug 18, 2020
                               Form ID: 138NEW             Total Noticed: 90


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13493790         +E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2020 04:12:37      Project/gemb,    C/o Po Box 965036,
                  Orlando, FL 32896-0001
13498090          E-mail/PDF: rmscedi@recoverycorp.com Aug 19 2020 04:12:56
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
13493799         +E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2020 04:12:37      Syncb/gap,    Po Box 965005,
                  Orlando, FL 32896-5005
13493802         +E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2020 04:12:49      Syncb/toysrus,    Po Box 965005,
                  Orlando, FL 32896-5005
13574474          E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2020 04:12:50      Synchrony Bank,
                  c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 52

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              AmeriCredit Financial Services, Inc. dba GM Financ
cr*            +Wells Fargo Bank, N.A.,    PO Box 10438,   Des Moines, IA 50306-0438
13493722*      +Aes/keystone Best,    Pob 61047,   Harrisburg, PA 17106-1047
13493723*      +Aes/keystone Best,    Pob 61047,   Harrisburg, PA 17106-1047
13493724*      +Aes/keystone Best,    Pob 61047,   Harrisburg, PA 17106-1047
13493725*      +Aes/keystone Best,    Pob 61047,   Harrisburg, PA 17106-1047
13506408*      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
13493733*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bk Of Amer,    Po Box 982235,   El Paso, TX 79998)
13493740*     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One, N.a.,    Po Box 85520,   Richmond, VA 23285)
13493756*     ++CITIZENS BANK N A,    ATTN BANKRUPTCY TEAM,   ONE CITIZENS BANK WAY,    JCA115,
                 JOHNSTON RI 02919-1922
                (address filed with court: Citizens Bank,    1 Citizens Drive,   Riverside, RI 02886)
13493754*     ++CITIZENS BANK N A,    ATTN BANKRUPTCY TEAM,   ONE CITIZENS BANK WAY,    JCA115,
                 JOHNSTON RI 02919-1922
                (address filed with court: Citizens Bank,    1 Citizens Drive,   Riverside, RI 02915)
13493755*     ++CITIZENS BANK N A,    ATTN BANKRUPTCY TEAM,   ONE CITIZENS BANK WAY,    JCA115,
                 JOHNSTON RI 02919-1922
                (address filed with court: Citizens Bank,    1 Citizens Drive,   Riverside, RI 02915)
13493738*      +Capital One, N.a.,   Capital One Bank (USA) N.A.,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
13493752*      +Citibank/The Home Depot,    Po Box 6497,   Sioux Falls, SD 57117-6497
13493750*      +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
13493763*      +Dept Of Ed/navient,    Po Box 9635,   Wilkes Barre, PA 18773-9635
13493742*     ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,   700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
                (address filed with court: Chase,    P.o. Box 15298,   Wilmington, DE 19850)
13493743*     ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,   700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
                (address filed with court: Chase,    P.o. Box 15298,   Wilmington, DE 19850)
13493784*      +Navient,   Po Box 9655,    Wilkes Barre, PA 18773-9655
13493785*      +Navient,   Po Box 9655,    Wilkes Barre, PA 18773-9655
13920194*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541)
13493788*      +Pnc Mortgage,    3232 Nemark Dr,   Miamisburg, OH 45342-5433
13493796*      +Sears/cbsd,    Citicard Credit Srvs/Centralized Bankrup,    Po Box 20363,
                 Kansas City, MO 64195-0363
13493798*      +Sears/cbsd,    Po Box 6282,   Sioux Falls, SD 57117-6282
13493800*      +Syncb/gap,    Po Box 965005,   Orlando, FL 32896-5005
13493801*      +Syncb/gap,    Po Box 965005,   Orlando, FL 32896-5005
13493811*      +Us Dept Of Education,    Po Box 5609,   Greenville, TX 75403-5609
13493812*      +Us Dept Of Education,    Po Box 5609,   Greenville, TX 75403-5609
13493813*      +Us Dept Of Education,    Po Box 5609,   Greenville, TX 75403-5609
13493807*      +Us Dept Of Education,    Attn: Bankruptcy,   Po Box 16448,   Saint Paul, MN 55116-0448
13493808*      +Us Dept Of Education,    Attn: Bankruptcy,   Po Box 16448,   Saint Paul, MN 55116-0448
13493809*      +Us Dept Of Education,    Attn: Bankruptcy,   Po Box 16448,   Saint Paul, MN 55116-0448
                                                                                    TOTALS: 1, * 31, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0313-2           User: JEGilmore              Page 4 of 4                   Date Rcvd: Aug 18, 2020
                               Form ID: 138NEW              Total Noticed: 90
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2020 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    PNC Bank, National Association
               bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    PNC Bank, N.A. bkgroup@kmllawgroup.com
              ELIZABETH L. WASSALL    on behalf of Creditor    PNC Bank, National Association ewassall@udren.com,
               bankruptcy@udren.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              SHERRI J. SMITH    on behalf of Creditor    PNC Bank, National Association
               sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com
              STEPHEN MATTHEW DUNNE    on behalf of Joint Debtor Salvatoro  Olivieri bestcasestephen@gmail.com,
               dunnesr74587@notify.bestcase.com
              STEPHEN MATTHEW DUNNE    on behalf of Debtor Diane  Olivieri bestcasestephen@gmail.com,
               dunnesr74587@notify.bestcase.com
              TRANG V TRUONG    on behalf of Creditor    Wells Fargo Bank, N.A. trangtruong@wellsfargo.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WALTER WILLIAM GOULDSBURY, III    on behalf of Creditor    PNC Bank, N.A. wgouldsbury@rasnj.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 12
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Diane Olivieri and Salvatoro Olivieri

       Debtor(s)                                           Bankruptcy No: 15−11920−elf

                                                                        Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                        900 Market Street
                            Suite 400
                      Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                      For The Court
                                                         Timothy B. McGrath
                                                          Clerk of Court

Dated: 8/18/20

                                                                                                  42 − 41
                                                                          Form 138_new