```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                                    Case No. 15-11920-elf
Diane Olivieri                                                            Chapter 13
Salvatoro Olivieri
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0313-2          User: admin              Page 1 of 2           Date Rcvd: Aug 21, 2020
                              Form ID: 3180W           Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2020.
db/jdb         +Diane Olivieri,    Salvatoro Olivieri,    10134 Proctor Road,    Philadelphia, PA 19116-3716
13534266       +Cavalry SPVI LLC assignee Capital One Bank USA, NA,    Bass Associates PC,
                 3936 E Fort Lowell Road Suite 200,    Tucson, AZ 85712-1083
13505860       +Department Stores National Bank For Macys Branded,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13569573       +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Aug 22 2020 04:13:39      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 22 2020 04:13:10
                 Pennsylvania Department of Revenue,   Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 22 2020 04:13:36      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13513999        EDI: GMACFS.COM Aug 22 2020 07:58:00      Ally Financial,   PO Box 130424,
                 Roseville, MN 55113-0004
13502215       +EDI: PHINAMERI.COM Aug 22 2020 07:58:00      AmeriCredit Financial Services, Inc. dba GM Financ,
                 P O Box 183853,   Arlington, TX 76096-3853
13510927        E-mail/Text: Bankruptcy.RI@Citizensbank.com Aug 22 2020 04:12:55      Citizens Bank,
                 443 Jefferson Blvd,   RJW 135,   Warwick RI 02886
13534539        EDI: BL-BECKET.COM Aug 22 2020 07:58:00      Capital One, N.A.,   c o Becket and Lee LLP,
                 POB 3001,   Malvern, PA 19355-0701
13511361       +E-mail/Text: bankruptcy@cavps.com Aug 22 2020 04:13:35      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
13496959        EDI: DISCOVER.COM Aug 22 2020 07:58:00      Discover Bank,   Discover Products Inc,
                 PO Box 3025,   New Albany, OH  43054-3025
13547463        EDI: NAVIENTFKASMSERV.COM Aug 22 2020 07:58:00      Navient Solutions Inc.,
                 Department of Education Loan Services,    P.O. Box 9635,   Wilkes-Barre, PA 18773-9635
13526624        EDI: NAVIENTFKASMSERV.COM Aug 22 2020 07:58:00      Navient Solutions, Inc.,   P.O. Box 9640,
                 Wilkes-Barre, PA 18773-9640
13575888        EDI: PRA.COM Aug 22 2020 07:58:00      Portfolio Recovery Associates, LLC,   POB 41067,
                 Norfolk VA 23541
13509446        EDI: WFFC.COM Aug 22 2020 07:58:00      Wells Fargo Bank, N.A.,   PO Box 10438,
                 Des Moines, IA 50306-0438
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13920194*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541)
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2020                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2                User: admin                    Page 2 of 2                   Date Rcvd: Aug 21, 2020
                                    Form ID: 3180W                 Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2020 at the address(es) listed below:
```
              DENISE ELIZABETH CARLON    on behalf of Creditor    PNC Bank, National Association
               bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    PNC Bank, N.A. bkgroup@kmllawgroup.com
              ELIZABETH L. WASSALL    on behalf of Creditor    PNC Bank, National Association ewassall@udren.com,
               bankruptcy@udren.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              SHERRI J. SMITH    on behalf of Creditor    PNC Bank, National Association
               sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com
              STEPHEN MATTHEW DUNNE    on behalf of Joint Debtor Salvatoro  Olivieri bestcasestephen@gmail.com,
               dunnesr74587@notify.bestcase.com
              STEPHEN MATTHEW DUNNE    on behalf of Debtor Diane  Olivieri bestcasestephen@gmail.com,
               dunnesr74587@notify.bestcase.com
              TRANG V TRUONG    on behalf of Creditor    Wells Fargo Bank, N.A. trangtruong@wellsfargo.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WALTER WILLIAM GOULDSBURY, III    on behalf of Creditor    PNC Bank, N.A. wgouldsbury@rasnj.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 12
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Diane Olivieri** | Social Security number or ITIN  **xxx–xx–8329** |
|  | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Salvatoro Olivieri** | Social Security number or ITIN  **xxx–xx–4697** |
|  | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | |
| Case number:  **15–11920–elf** | | |

# Order of Discharge                                                                                  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Diane Olivieri                                                  Salvatoro Olivieri

8/20/20                                                         **By the court:**    Eric L. Frank
                                                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                                        **Chapter 13 Discharge**                                        page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**