United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-11920-elf
Diane Olivieri                                                        Chapter 13
Salvatoro Olivieri
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: JEGilmore         Page 1 of 1              Date Rcvd: Aug 31, 2020
                     Form ID: 195         Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2020.
db/jdb         +Diane Olivieri,   Salvatoro Olivieri,   10134 Proctor Road,   Philadelphia, PA 19116-3716
aty            +JOHN ERIC KISHBAUGH,   Udren Law Offices PC,   111 Woodcrest Road,   Cherry Hill, NJ 08003-3620
cr             +Wells Fargo Bank, N.A.,   PO Box 10438,   Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/Text: Bankruptcy.RI@Citizensbank.com Sep 01 2020 04:01:47
      CITIZENS BANK NA f/k/a RBS CITIZENS NA,   One Citizens Bank Way Mailstop JCA115,
      Johnston, RI 02919-1922
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 01 2020 04:20:22
      PRA Receivables Management LLC,   POB 41067,   Norfolk, VA 23541-1067
cr              E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2020 04:20:29       Synchrony Bank,
      c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
      Miami, FL  33131-1605
                                                                                                                  TOTAL: 3

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              AmeriCredit Financial Services, Inc. dba GM Financ
                                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2020                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2020 at the address(es) listed below:
      DENISE ELIZABETH CARLON    on behalf of Creditor    PNC Bank, National Association
      bkgroup@kmllawgroup.com
      DENISE ELIZABETH CARLON    on behalf of Creditor    PNC Bank, N.A. bkgroup@kmllawgroup.com
      ELIZABETH L. WASSALL    on behalf of Creditor    PNC Bank, National Association ewassall@udren.com,
      bankruptcy@udren.com
      KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
      SHERRI J. SMITH    on behalf of Creditor    PNC Bank, National Association
      sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com
      STEPHEN MATTHEW DUNNE    on behalf of Joint Debtor Salvatoro  Olivieri bestcasestephen@gmail.com,
      dunnesr74587@notify.bestcase.com
      STEPHEN MATTHEW DUNNE    on behalf of Debtor Diane  Olivieri bestcasestephen@gmail.com,
      dunnesr74587@notify.bestcase.com
      TRANG V TRUONG    on behalf of Creditor    Wells Fargo Bank, N.A. trangtruong@wellsfargo.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WALTER WILLIAM GOULDSBURY, III    on behalf of Creditor    PNC Bank, N.A. wgouldsbury@rasnj.com
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
      philaecf@gmail.com
                                                                                                      TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Diane Olivieri and Salvatoro Olivieri : Case No. 15–11920–elf

    Debtor(s)

***ORDER***
_____

    AND NOW, this day , August 31, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

46
Form 195